## No. 15,171.

PASCHEL, DOING BUSINESS AS DENVER PLUMBING AND HEATING COMPANY *v.* CHICAGO FIRE BRICK COMPANY.
(129 P. [2d] 990)

Decided August 3, 1942.   Rehearing denied October 5, 1942.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Bakke and Mr. Justice Hilliard not participating.

Mr. SOLOMON GIRSH, for plaintiff in error.

Mr. JOHN E. FITZPATRICK, for defendant in error.